UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No.: 1:06-cr-324

RAJAI KEYONTAE BROWN,                    HONORABLE PAUL L. MALONEY

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation (Dkt. #43) filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties and shall be adopted immediately, subject to change should any timely objections be filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that defendant's conditions of supervision are modified as follows:

**The defendant shall have a curfew from 10:00 p.m. to 6:00 a.m., Sunday through Thursday, and from 11:00 p.m. to 6:00 a.m. on Friday and Saturday, unless approved in advance by the probation officer.**

Dated: May 26, 2010                                  /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               Chief United States District Judge